**FILED**
**NOVEMBER 15, 2007**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**07 C 6490**

In the Matter of                                  Case Number:

Frankie Brown,
        Plaintiff,
            v.
City of Markham et al.,                           **JUDGE HIBBLER**
        Defendant                                 **MAGISTRATE JUDGE NOLAN**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Frankie Brown, Plaintiff

| NAME (Type or print) |
| --- |
| Russell Ainsworth |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ Russell Ainsworth |

| FIRM |
| --- |
| Loevy & Loevy |

| STREET ADDRESS |
| --- |
| 312 N. May St., Ste. 100 |

| CITY/STATE/ZIP |
| --- |
| Chicago, IL 60607 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6280777 | 312-243-5900 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ |