U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of    Case Number: 07 C 6490

Frankie Brown
  v.
City of Markham and City of Markham Police Officers Harris, D. Walker (Star #526), and Unknown Police Officers

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants City of Markham, Deshaun Walker, and Samuel Harris

| | |
|---|---|
| NAME (Type or print) | |
| Mitchell H. Frazen | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Mitchell H. Frazen | |
| FIRM | |
| Litchfield Cavo LLP | |
| STREET ADDRESS | |
| 303 West Madison Street, Suite 300 | |
| CITY/STATE/ZIP | |
| Chicago, IL 60606-3300 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 3127119 | 312-781-6618 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐