UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
Eastern Division

Frankie Brown
                    Plaintiff,
v.                                          Case No.: 1:07−cv−06490
                                            Honorable Robert M. Dow Jr.
City of Markham, et al.
                    Defendant.


NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, January 9, 2008:

    MINUTE entry before Judge Robert M. Dow Jr.:Status hearing held on 1/9/2008. Defendants are given an extension of time within which to respond to amended comlaint to and including 1/29/08. Fact discovery to be completed on or before 6/6/08.Status hearing set for 6/12/2008 at 09:00 AM.Mailed notice(tbk, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.