# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 07 C 6490 |

Frankie Brown

v.

City of Markham and City of Markham Police Officers Harris, D. Walker (Star #526), and Unknown Police Officers

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants City of Markham, Deshaun Walker, and Samuel Harris

---

**NAME (Type or print)**
Lauren M. Penn

**SIGNATURE** (Use electronic signature if the appearance form is filed electronically)
*/s/ Lauren Penn*

**FIRM**
Litchfield Cavo LLP

**STREET ADDRESS**
303 West Madison Street, Suite 300

**CITY/STATE/ZIP**
Chicago, IL 60606-3300

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6280850 | 312-781-6609 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐

FILED
JAN 08 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT