IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| FRANKIE BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | 07 C 6490 |
| | ) | |
| v. | ) | JUDGE DOW |
| | ) | |
| CITY OF MARKHAM and City of Markham | ) | |
| Police Officers HARRIS, D. Walker | ) | |
| (Star # 526), and UNKNOWN MARKHAM | ) | |
| POLICE OFFICERS | ) | |
| | ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

## NOTICE OF MOTION

Please take notice that on June 3, 2008 at 9:15 a.m. I will appear before Judge Dow in the court room usually occupied by him at 219 South Dearborn, Chicago, IL and then and there present Plaintiffs' Motion to Compel, Motion For Leave to File Amended Complaint, and Joint Motion to Extend Fact Discovery.

S/ Russell Ainsworth

LOEVY & LOEVY
312 North May Street
Suite 100
Chicago, IL 60607
(312) 243-5900

## CERTIFICATE OF SERVICE

I, Russell Ainsworth, an attorney, certify that on May 28, 2008, I sent by CM/ECF electronic filing a copy of this Notice and the referenced Motions to counsel of record.

S/ Russell Ainsworth