IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| FRANKIE BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | 07 C 6490 |
| | ) | |
| v. | ) | JUDGE DOW |
| | ) | |
| CITY OF MARKHAM and City of Markham Police Officers HARRIS, D. Walker (Star # 526), and UNKNOWN MARKHAM POLICE OFFICERS | ) ) ) ) | |
| | ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

MOTION FOR WITHDRAWAL OF COUNSEL IN THE SAME FIRM

NOW COMES Plaintiff, by his attorneys, LOEVY & LOEVY, and moves to withdraw Matthew Jenkins, formerly of Loevy & Loevy, as counsel for Plaintiff. In support, Plaintiff states as follows:

1. As of June 3, 2008, Matthew Jenkins has left the firm of Loevy & Loevy.

2. Other counsel of record from Loevy & Loevy will continue to represent Plaintiff.

3. Plaintiffs wish to withdraw Mr. Jenkins' appearance pursuant to Local Rule 83.17.

WHEREFORE, Plaintiff, by his attorneys, Loevy & Loevy, respectfully moves to withdraw Matthew Jenkins as counsel for Plaintiff.

RESPECTFULLY SUBMITTED,

/s/ Jon Loevy
Attorney for Plaintiffs

LOEVY & LOEVY
312 North May
Suite 100
Chicago, IL 60607
(312) 243-5900