IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| FRANKIE BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | 07 C 6490 |
| | ) | |
| v. | ) | JUDGE DOW |
| | ) | |
| CITY OF MARKHAM and City of Markham Police Officers HARRIS, D. Walker (Star # 526), and UNKNOWN MARKHAM POLICE OFFICERS | ) ) ) ) | |
| | ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

## NOTICE OF MOTION

TO: Counsel of Record

PLEASE TAKE NOTICE THAT on June 24, 2008, at 9:15 a.m., I will appear before Judge Dow in the courtroom usually occupied by him at 219 South Dearborn, Chicago, Illinois, and then and there present the attached Motion.

/S/ Jon Loevy
Attorney for Plaintiff

LOEVY & LOEVY
312 North May
Suite 100
Chicago, IL 60607

CERTIFICATE OF SERVICE

The undersigned states that on June 3, 2008, I notified counsel of record by electronic means of the attached filing.

/S/ Jon Loevy