# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert Dow, Jr. | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6490 | **DATE** | 6/3/2008 |
| **CASE TITLE** | Brown vs. City of Markham | | |

**DOCKET ENTRY TEXT**

MOTION by Plaintiff Frankie Brown for leave to file Amended Complaint [23] adding additional defendants is granted. MOTION by Plaintiff Frankie Brown, Defendants City of Markham, Officer Harris, D Walker, Unknown Markham Police Officers for extension of time to complete discovery [24] is granted and time extended to and including 8/22/08. MOTION by Plaintiff Frankie Brown to compel [22] is taken under advisement; defendants are given until 6/24/08 to respond to motion to compel [22] and plaintiff is given until 7/8/08 to file a reply.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | TBK |
|---|---|---|