# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert Dow, Jr. | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6490 | **DATE** | 6/6/2008 |
| **CASE TITLE** | Brown vs. City of Markham | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion to withdraw the appearance of Matthew Jenkins as counsel [26] is granted. Notice of Motion date of 6/24/08 is stricken and no appearance will be necessary.

Docketing to mail notices.

| | Courtroom Deputy Initials: | TBK |
|---|---|---|