### UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Frankie Brown

                            Plaintiff,

v.                                              Case No.: 1:07–cv–06490
                                                Honorable Robert M. Dow Jr.

City of Markham, et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 13, 2008:

        MINUTE entry before the Honorable Robert M. Dow, Jr: In view of the extension of the discovery cutoff date and the ongoing briefing on the motion to compel [22], status date of 6/17/08 is stricken and reset to 7/15/08 at 9:00 am Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.