AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

FRANKIE BROWN,
        Plaintiff,

CASE NUMBER: 07 C 6490

V.

ASSIGNED JUDGE: JUDGE DOW

CITY OF MARKHAM et al.,
        Defendants.

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

City of Markham Police Officer Tony DeBois
16313 Kedzie Parkway
Markham, IL 60428

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Loevy & Loevy
312 N. May St., Ste. 100
Chicago, IL 60607

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

J Cervantes

(By) DEPUTY CLERK



June 10, 2008

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 6/12/08 |
| NAME OF SERVER (PRINT) John Darragh | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): certified mail; receipt requested to: 16313 Kedzie Parkway, Markham, IL 60428

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/16/08
               Date         Signature of Server

312 N. May St., Ste. 100, Chicago, IL 60607
               Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.