IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| FRANKIE BROWN, ) | |
| ) | |
| Plaintiff, ) | 07 C 6490 |
| ) | |
| v. ) | JUDGE DOW |
| ) | |
| CITY OF MARKHAM and City of Markham ) | |
| Police Officers HARRIS, D. Walker ) | |
| (Star # 526), and UNKNOWN MARKHAM ) | |
| POLICE OFFICERS ) | |
| ) | JURY TRIAL DEMANDED |
| Defendants. ) | |

## NOTICE OF MOTION

Please take notice that on June 24, 2008 at 9:15 a.m. I will appear before Judge Dow in the court room usually occupied by him at 219 South Dearborn, Chicago, IL and then and there present Plaintiffs' Second Motion to Compel.

S/ Russell Ainsworth

LOEVY & LOEVY
312 North May Street
Suite 100
Chicago, IL 60607
(312) 243-5900

## CERTIFICATE OF SERVICE

I, Russell Ainsworth, an attorney, certify that on June 20, 2008, I sent by CM/ECF electronic filing a copy of this Notice and the referenced Motions to counsel of record.

S/ Russell Ainsworth