UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Frankie Brown
          Plaintiff,

v.                                            Case No.: 1:07−cv−06490
                                               Honorable Robert M. Dow Jr.

City of Markham, et al.
          Defendant.

## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Nan R. Nolan for the purpose of holding proceedings related to: discovery supervision, including but not limited to Plaintiff's motion to compel [22] for which a briefing schedule has been entered [28], and Plaintiff's second motion to compel [37], that was noticed up for tomorrow 6/24/08. (tlp,)Mailed notice.

Dated: June 23, 2008

                                                                                /s/ Robert M. Dow Jr.

                                                                            United States District Judge