05/30/2007 17:50 FAX 708 210 4053    STATES ATTORNEY 6TH DIST    ☒002
MAY. 30. 2007  7:02PM    MARKHAM POLICE DEPT    NO. 9924   P. 3

    (Court Branch)                  (Court Date)
CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
                        (3-81) CCMC-1-219 (1)

| STATE OF ILLINOIS } | THE CIRCUIT COURT OF COOK COUNTY |
| COUNTY OF COOK } ss. | |

PAGE __1__ OF __3__ PAGES
COMPLAINT FOR SEARCH WARRANT

    I Officer D. Walker #526, of the Markham Police Department, your affiant now appears before the undersigned judge of the Circuit Court of Cook County and request the issuance of a search warrant to search Frankie Brown, male black, approximately 47 years of age, 5'09 ,165 lbs, dark brown complexion, short hair and 3037 Nottingham, Markham, Cook County, Illinois, (a one story single family dwelling); and any safe or lock-box within, and seize the following instrument, articles and items: articles that establish proof of residency and all United States Currency, Cocaine and all Firearms and Ammunition, which have been used in the commission of, or which constitute evidence of the offense of: Unlawful Possession of a Controlled Substance and Unlawful Use of a Weapon by Felon.

    Your affiant says that he has probable cause to believe, based upon the following facts, that the above listed items to be seized are now located upon the (person and) premises set forth above:

    I, Officer D. Walker #526 a Police Officer for the past 6 years, and assigned to the Tactical Gang and Narcotic Unit. This unit handles gang, narcotic and weapon related incidents. Your affiant had a conversation with a confidential source (C/S) that has been known to myself and other Officers for a period of 1 year and has assisted in other drug related cases in which narcotics and weapons have been seized. This C/S is familiar with the look, feel, and effect of Cocaine and Firearms due to personal contact. During the past 6 months, your affiant has been conducting narcotic investigation concerning Frankie Brown, Male, Black Approximately 47 years of age, 5'09, 165 lbs., dark brown complexion, short hair and 3037 Nottingham, Markham, Cook County, Illinois (a one story single family dwelling).

    The C/S, related to your affiant that he has known Frankie Brown, male, black, approximately 47 years of age, 5'09, 165 lbs., dark brown complexion, short hair for the past (4) years. During this time, the C/S, , has known Frankie Brown to keep Cocaine and Firearms inside his residence at 3037 Nottingham, Markham, Illinois, (a one story single family dwelling. On two occasions, within the last month the C/S have been inside Frankie Brown's residence and has seen packaged Cocaine and a Firearm.

                                                             Off. D. Walker #526
                                                            COMPLAINANT

Subscribed and sworn to before me on __5/30/07__  __8:20PM__, 20___

                                         __JUDGE__       __1675__ JUDGE NO.

(side margin: ASA Cullyhit 07 SW 553 @ 18:55  5/30/07)

EXHIBIT A

004

05/30/2007 17:51 FAX 708 210 4053    STATES ATTORNEY 6TH DIST                @003
MAY. 30. 2007 7:02PM    MARKHAM POLICE DEPT                        NO. 9924  P. 4

(COURT BRANCH)                    (COURT DATE)
CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
                        (3 - 81) CCMC - 1 - 219      (1)

STATE OF ILLINOIS}         THE CIRCUIT COURT OF COOK COUNTY
COUNTY OF COOK} ss.
         COMPLAINT FOR SEARCH WARRANT
             (PAGE 2 OF 3 PAGES)

The C/S further related that on 29 May 2007 at approx. 1100 hrs, the C/S met your affiant at a pre-determined location and was searched and was free and clear of all narcotics and contraband. Your affiant then tendered (1) one pre recorded twenty dollar bill of United States Currency and the C/S then proceeded to 3037 Nottingham. The C/S then entered 3037 Nottingham, Markham, Illinois, 60428 (a single family dwelling, brick teal Green in color) through the front door. The door was answered by Frankie Brown. The C/S related to your affiant that the C/S and Frankie Brown went into the living room and the C/S stated to Frankie Brown "let me get one of them (referring to baggies of crack cocaine)". The C/S then advised your affiant that Frankie Brown went into the master bedroom and then came out with one clear plastic baggie containing an off white rock-like substance and tendered it to C/S and the C/S handed Frankie Brown the pre recorded funds. The C/S then related to your affiant that when asked Frankie Brown if he was "worried about being robbed in his crib", Frankie Brown brown stated "That's why I have this (holding a medium sized semi-automic handgun)". The C/S then met your affiant back at the pre determined location and advised your affiant of the event and the C/S hande your affiant the plastic bag containing the off white rocky substance that your affiant field tested positive for cocaine.

In 1995, the suspect Frankie Brown, male, black, dark brown complexion, date of birth of October 11, 1960 and resides at 3037 Nottingham, Markham, Illinois 60428 (a one story single family dwelling) was convicted of Felony Unlawful Possession of Controlled Substance and sentenced to two years probation and fined five hundred dollars case# 94CR0006344001.

On 30 May 2007 at approx. 1700 hrs. your affiant met the C/S at a pre determined location and again searched the C/S free of all contraband and weapons. Your affiant handed the C/S a twenty dollar bill of pre recorded funds and the C/S proceeded to 3037 Nottingham, Markham, Cook County, Illinois 60428 (one story single family dwelling) where Frankie Brown was standing in the front yard and held a brief conversation with the C/S and they walked into the residence. Approx. (10) ten minutes later the C/S appeared and met your affiant at the pre determined location in which the C/S advised your affiant that the C/S advised Frankie Brown that the C/S needed another bag of rock at which time the C/S handed the suspect Frankie Brown the pre recorded funds and suspect Frankie Brown walked into the master bedroom and came out and handed the C/S one clear plastic bag containing an off white rocky substance. The C/S then handed your affiant one clear plastic bag containing a white rocky substance that field tested positive for cocaine.

005

SWORN ON 5/30/07 8:20PM
1675

05/30/2007 17:51 FAX 708 210 4053     STATES ATTORNEY 6TH DIST                NO. 9924  P. 004
MAY. 30. 2007  7:03PM    MARKHAM POLICE DEPT                                      NO. 9924  P. 5

    I Officer D. Walker #526, have received numerous complaints concerning Cocaine being sold from 3037 Nottingham, Markham, Cook County, Illinois 60428 by Frankie Brown. I Officer D. Walker #526 believe that Frankie Brown is in possession of Cocaine and a firearm and Ammunition. Which is in violation of the Illinois Compiled Statutes, Unlawful Possession of a Controlled Substance, and Unlawful Use of a Weapon by Felon and prays this honorable court for a search warrant for Frankie Brown, male, Black, Date of Birth 11 October 1960 dark brown complexion short hair and his residence of 3037 Nottingham, Markham, Cook County Illinois 60428, a one story single family dwelling.

_____#526      COMPLAINANT

Subscribed and sworn to before me on 5/30/07  8:20 PM, 20___

_____       _____
JUDGE                          JUDGE NO. 1675

(COURT BRANCH)           (COURT DATE)
CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
                    (3-81) CCMC-I-219           (1)

STATE OF ILLINOIS}     THE CIRCUIT COURT OF COOK COUNTY
COUNTY OF COOK} ss.

COMPLAINT FOR SEARCH WARRANT
(PAGE 3 OF 3 PAGES)