# City of Markham

16313 KEDZIE PARKWAY • MARKHAM, ILLINOIS 60426

CHIEF OF POLICE
PASCHAL CRAWFORD, JR

City Hall: (708) 331-4905
Police Dept.: (708) 331-2171

INFORMANT RECIEPT OF FUNDS

_____    29 MAY 2007    $40.00
FILE NUMBER             DATE         AMOUNT GIVEN

                                    $

PURPOSE:          PURCHASE OF EVIDENCE  $20.00

                  INFORMATION & SERVICES $20.00

                  PROTECTION EXPENSES _____

I HEREBY ACKNOWLEDGE THE RECEIPT OF CONTINGENCY FUNDS IN THE AMOUNT OF
__FORTY_____ AND 100/DOLLARS($ 40.00 ), PROVIDED TO ME BY
OFFICER/INVESTIGATOR  Ofc. Walken #526
                     NAME AND I.D. NUMBER

Ofc. Walken #526  29 May 07
Provided By:          Date          Informant           Date
(Signature & ID #)

[signature] #526  29May07
Witnessed By         Date           Informant           Date
(Signature & ID #)

REMARKS: _____

_____

_____

_____



001

_____
SIGNATURE OF INVESTIGATIONS SUPERVISOR