# City of Markham

### 16313 KEDZIE PARKWAY ● MARKHAM, ILLINOIS 60426



**CHIEF OF POLICE**
**PASCHAL CRAWFORD, JR.**



City Hall: (708) 331-4905
Police Dept.: (708) 331-2171

## INFORMANT RECIEPT OF FUNDS

_30 MAY 2007_                    $40.00

FILE NUMBER              DATE                    AMOUNT GIVEN

                                                    $

PURPOSE:              PURCHASE OF EVIDENCE   X  $20.00

                     INFORMATION & SERVICES   X  $20.00

                     PROTECTION EXPENSES _____

I HEREBY ACKNOWLEDGE THE RECEIPT OF CONTINGENCY FUNDS IN THE AMOUNT OF
_FORTY_____ AND 100/DOLLARS($ _40.00_ ),PROVIDED TO ME BY

OFFICER/INVESTIGATOR _ofc. Walker # 526_____
                         NAME AND I.D. N

_ofc Walker #526  30 May 2007_

Provided by:              Date              Informant              Date
(Signature & ID #)

_L.W. Walker #526  30 May 07_

Witnessed By              Date              Informant              Date
(Signature & ID #)

REMARKS: _____

_____

_____

_____

_____

_____
     SIGNATURE OF INVESTIGATIONS SUPERV

**EXHIBIT**
**D**

002