05/30/2007 17:50 FAX 708 210 4053   STATES ATTORNEY 6TH DIST                    ☐001
MAY. 30. 2007 7:02PM  MARKHAM POLICE DEPT                              NO. 9924  P. 2

(10/28/99) CCCR - 0217

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

The People of the State of Illinois
To All Peace Officers of the State:

# SEARCH WARRANT

On this day, Officer D. Walker #526, of the Markham Police Department, your affiant and complainant has subscribed and sworn to a complaint for search warrant before me. Upon examination of the complaint, I find that it states facts sufficient to show probable cause.

I therefore command that you search Frankie Brown, male, black, (approximately) 47 years of age, 5'09, 165 lbs, dark brown complexion, short hair, and 3037 Nottingham, Markham, Cook County, Illinois, (a one story single family dwelling) and any safe or lock-box within, and seize the following instruments, articles and items: articles that establish proof of residency, all United States Currency, Cocaine and all Firearms and Ammunition;

..................................................................................................

Which have been used in the commission of or which constitutes evidence of the offense of:

Unlawful Possession of a Controlled Substance and Unlawful Use of A Weapon By A Felon

I further command that a return of anything so seized shall be made without necessary delay before me or before Judge............................................................... or before any court of competent jurisdiction.

Judge [signature]       Judge's No. 1675

Time and date of issuance 5/30/07  8:20 PM

Returned Not Executed

I did not execute this warrant within 96 hours from the time of issuance and it is hereby returned to the court as void and not executed.

Officer                                   Star No.
Date / Time:..........................

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS



003