IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Warrant Number: 5531

SEARCH WARRANT INVENTORY

On 30 May 2007, at 21:49 hrs members of the Markham Police Department, executed a search warrant signed by the Honorable Judge Castiglione #1675, which directed the search (the person) of Frankie Brown (the residence) located at 3037 Nottingham, Markham, Cook County, Illinois, (a One story single family dwelling) be searched and the following seized:

, And items used in the manufacture, distribution and unlawful possession of a Controlled Substance, also articles that establish proof of residency and all United States currency AND ALL FIREARMS AND AMMUNITION..........................................................................

In executing said warrant I seized the following from the person described above and have returned the same before _____
Frank Castiglione #1675_____
(JUDGE)

on____01   Jun    2007_____

1. PROOF OF RESIDENCE
2. (1) Small clear plastic baggie containing 0.6 grams of an off-white rock like item - suspect cocaine
3. (1) Small clear plastic baggie containing 0.7 grams of an off-white rock like item - suspect cocaine
4. (1) Small clear plastic baggie containing an off-white rock like item suspect cocaine
5. $151.00 United States Currency
6. (1) White plate containing white powdery residue - suspect cocaine and (3) Razors
7. Miscellaneous packaging materials

Ofc. D. Walker #526

Officer  *Ofc., D. Walk #526*

Signed and sworn to before me on _____ 20_____

_____    _____
JUDGE                          JUDGE NO.

EXHIBIT
F

007