# City of Markham

16313 KEDZIE PARKWAY • MARKHAM, ILLINOIS 60426





CHIEF OF POLICE
PASCHAL CRAWFORD, JR.

CONFIDENTIAL INFORMANT AGREEMENT

City Hall: (708) 331-4905
Police Dept.: (708) 331-2171

During my association with the Markham Police Department as as informant, I, the undersigned, do hereby agree to be bound by the following conditions and procedures while so associated.

(1) I agree that I have no police power under the State of Illinois or any local governmental subdivision and have no authority to carry a weapon while performing my activity as an informant.

(2) I acknowledge that I am associated with the Markham Police Department as an informant on a case or time basis as an independent contractor and that any payment that I recieve from the Markham Police Department will not be subject to Fedral or State Income Tax, Withholding or Social Security. All reporting of income is the responsibility of the Informant.

(3) I further acknowledge that as an informant and independent contractor I am not entitled to Worker's Compensation or Unemployment Compensation from the State of Illinois and I shall not hold The City of Markham Cook County, liable for any injuries or damage incurred by reason of my association with the Markham Police Department.

(4) I further agree not to divulge to any person, except the investigator with whom I am associated, my status as an informant for the Markham Police Department unless required to do so in court, and I shall not represent myself to others as an employee / represenative of the Markham Police Department.

(5) I further agree not to use the Markham Police Department or any of its officers as credit references or employment references unless prior approval is obtained from the investigator with whom I am associated.

(6) I further agree that my association with the Markham Police Department does not afford me any special privileges.

(7) I further agree that after making a purchase of anything of a evidentiary value, I will contact the investigator with whom I am associated as soon as possible for delivery of such evidence to him/her.

(8) I further agree to maintain a strict accounting of all funds provided to me by the Markham Police Department as part of my activity as an informant. I understand that misuse of Departmental funds could be grounds for criminal prosecutions against me.

(9) Finally, I agree that violation of any of the above enumerated provisions will be grounds for immediate termination and probable criminal charges.

Date: 31st day of _____ Signed _____

053

INFORMANT        INVESTIGATOR

EXHIBIT 6