# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert Dow, Jr. | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6490 | **DATE** | 6/27/2008 |
| **CASE TITLE** | Frankie Brown vs. City fo Markham | | |

**DOCKET ENTRY TEXT**

Referral order [39] to Magistrate Judge Nolan is enlarged to include the referral of Plaintiff's Second Motion to Compel [41].

Docketing to mail notices.
*Copy to judge/magistrate judge.

| | Courtroom Deputy Initials: | TBK |
|---|---|---|