**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                Case Number: 07 C 6490

Frankie Brown vs. City of Markham, Police Officers Harris D.
Walker (Star#526), and Unknown Police Officers

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants, Michael Wilson, Darryl Starks, Jesse Jones, Tony Debois and Mack Sanders,
incorrectly sued as Max Saunders

| |
|---|
| NAME (Type or print)<br>Lauren M. Penn |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Lauren M. Penn |
| FIRM<br>Litchfield Cavo LLP |
| STREET ADDRESS<br>303 West Madison Street, Suite 300 |
| CITY/STATE/ZIP<br>Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6280850 | TELEPHONE NUMBER<br>(312) 781-6609 |
|---|---|

| | | | |
|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐