**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Frankie Brown
                        Plaintiff,

v.                                         Case No.: 1:07−cv−06490
                                                  Honorable Robert M. Dow Jr.

City of Markham, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 14, 2008:

      MINUTE entry before the Honorable Robert M. Dow, Jr: In view of the referral of this matter to Magistrate Judge Nolan for all discovery supervision [39, 45], the pending motions to compel [22, 37], and the briefing schedule and ruling date on those motions set by Magistrate Judge Nolan [43, 46], the district court status hearing set for 7/15/08 is stricken and reset for 8/27/08 at 9:00 am. Any further motions relating to discovery matters, including but not limited to the cutoff date for fact discovery (currently 8/22/08), should be presented to Magistrate Judge Nolan.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.