IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| FRANKIE BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | 07 C 6490 |
| | ) | |
| v. | ) | JUDGE DOW |
| | ) | |
| CITY OF MARKHAM and City of Markham | ) | |
| Police Officers HARRIS, D. Walker | ) | |
| (Star # 526), and UNKNOWN MARKHAM | ) | |
| POLICE OFFICERS | ) | |
| | ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO
FILE HIS REPLY BRIEF INSTANTER**

Now Comes Plaintiff, FRANKIE BROWN, by and through his attorneys, LOEVY & LOEVY, and move this Court for Leave to File His Reply Brief in Support of His First Motion to Compel *Instanter*. In support, Plaintiff states as follows:

1. Under the schedule set by the Court, Plaintiff's Reply Brief in Support of His First Motion to Compel was due on July 8, 2008.

2. When the briefing schedule on this Motion was set, undersigned counsel was anticipating a vacation that would take him out of the country until June 30, 2008.

3. Unfortunately, undersigned counsel did not anticipate the amount of work that awaited him upon his return from vacation. Due to these other professional commitments, Plaintiff was unable to file his Reply brief on time.

4. This Reply brief is overdue and Plaintiff's counsel sincerely apologizes to the Court for any inconvenience the Court suffered as a result of the delay.

5. Accordingly, Plaintiff seeks leave to file his reply brief instanter. Plaintiff submits that he intended no prejudice to Defendants and they will not be prejudiced by granting this Motion.

WHEREFORE, Plaintiff, FRANKIE BROWN, respectfully requests leave to file his Reply Brief *instanter*.

        Respectfully Submitted:

        S/Russell Ainsworth
        Attorneys for Plaintiff
        Arthur Loevy
        Jon Loevy
        Russell Ainsworth
        LOEVY & LOEVY
        312 North May Street, Suite 100
        Chicago, IL 60607
        (312) 243-5900

## CERTIFICATE OF SERVICE

I, Russell Ainsworth, an attorney, certify that on July 14, 2008, I served this document by ECF electronic filing as to each party who is represented by counsel who uses electronic filing.

        S/Russell Ainsorth
        Attorneys for Plaintiff
        Arthur Loevy
        Jon Loevy
        Russell Ainsworth
        LOEVY & LOEVY
        312 North May Street
        Suite 100
        Chicago, IL 60607
        (312) 243-5900