# City of Markham

16313 KEDZIE PARKWAY • MARKHAM, ILLINOIS 60426





CHIEF OF POLICE
PASCHAL CRAWFORD, JR



City Hall: (708) 331-4905
Police Dept.: (708) 331-2171

INFORMANT RECIEPT OF FUNDS

| FILE NUMBER | DATE 29 MAY 2007 | AMOUNT GIVEN $40.00 |

$ _____

PURPOSE:   PURCHASE OF EVIDENCE $20.00

INFORMATION & SERVICES $20.00

PROTECTION EXPENSES _____

I HEREBY ACKNOWLEDGE THE RECEIPT OF CONTINGENCY FUNDS IN THE AMOUNT OF _FORTY_ AND 100/DOLLARS ($40.00), PROVIDED TO ME BY OFFICER/INVESTIGATOR _Ofc. Walker #526_
NAME AND I.D. NUMBER

Ofc. Walker #526   29 May 07
Provided By:            Date            Informant            Date
(Signature & ID #)

_[signature]_ #526  29 May 07
Witnessed By           Date            Informant            Date
(Signature & ID #)

REMARKS: _____

_____

_____

_____

_____

SIGNATURE OF INVESTIGATIONS SUPERVISOR    DATE.

**EXHIBIT C**



# City of Markham

16313 KEDZIE PARKWAY • MARKHAM, ILLINOIS 60426



CHIEF OF POLICE
PASCHAL CRAWFORD, JR.



City Hall: (708) 331-4905
Police Dept.: (708) 331-2171

INFORMANT RECIEPT OF FUNDS

_____ 30 MAY 2007 _____ $40.00 _____

FILE NUMBER           DATE                              AMOUNT GIVEN

                                                        $ _____

PURPOSE:      PURCHASE OF EVIDENCE    X   $20.00

              INFORMATION & SERVICES  X   $20.00

              PROTECTION EXPENSES  _____

I HEREBY ACKNOWLEDGE THE RECEIPT OF CONTINGENCY FUNDS IN THE AMOUNT OF
__Fonty_____ AND 100/DOLLARS($40.00), PROVIDED TO ME BY
OFFICER/INVESTIGATOR __ofc. Walker # 526__
                     NAME AND I.D. N

__ofc Walker #526__  __30 May 2007__  _____  _____
Provided by:         Date              Informant                 Date
(Signature & ID #)

__[signature] #526__ __30 May 07__  _____  _____
Witnessed By          Date             Informant                 Date
(Signature & ID #)

REMARKS: _____
_____
_____
_____
_____

002

_____
SIGNATURE OF INVESTIGATIONS SUPERVISOR        DATE.