1

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FRANKIE BROWN,                )
                              )
        Plaintiff,            )
                              )
    vs.                       ) Case No. 07 C 6490
                              )
CITY OF MARKHAM and           )
CITY OF MARKHAM POLICE        )
OFFICERS HARRIS, D.           )
WALKER (STAR 526) and         )
UNKNOWN MARKHAM POLICE        )
OFFICERS,                     )
                              )
        Defendants.           )

COPY

The deposition of FRANKIE BROWN, called for examination, taken pursuant to the Federal Rules of Civil Procedure of the United States District Courts pertaining to the taking of depositions, taken before KIMBERLY WINKLER CHRISTOPHER, CSR No. 084-00275, Certified Shorthand Reporter of the State of Illinois, at 303 West Madison Street, Suite 300, Chicago, Illinois, on the 30th day of May, A.D. 2008, at 11:09 a.m.


EXHIBIT E

```
 1   arrived to your home on May 30th?
 2       A.   Correct.
 3       Q.   Other than Jermaine Smith, did you have
 4   any other guests at your house on May 30th?
 5       A.   No.
 6       Q.   Do you recall your activities on May
 7   30th?
 8       A.   Yes.
 9       Q.   From the moment you woke up --
10       A.   Yes.
11       Q.   (Continuing) -- to the time the police
12   officers arrived at your house?
13       A.   Yes.
14       Q.   What were your activities?
15       A.   I got up; I had breakfast; I took my
16   medication, and Jermaine came over.
17       Q.   Did Jermaine fix the bench?
18       A.   We tried already.
19       Q.   Where was the bench located?
20       A.   Outside.
21       Q.   In the front yard or your backyard?
22       A.   Backyard.
23       Q.   How long were you attempting to work on
24   the bench?
```