IR NUMBER 07-4885

# MARKHAM POLICE DEPARTMENT
## PRISONER INFORMATION FORM

| NAME LAST FIRST M | SEX | RACE | DOB |
|---|---|---|---|
| Brown, Frankie | M | BLK | 11 OCT 50 |

| DATE AND TIME OF ARREST | CHARGE |
|---|---|
| 30 MAY 2007 2230 HRS | P.C.S. / Search Warrant |

| ARRESTING OFFICER | STAR # |
|---|---|
| Ofc. D. Walker | 526 |

(PLACE AN X IN THE APPROPIATE BOX)

PRISONER PLACED IN CELL    1    2    3    4    JUV

SPECIAL INSTRUCTIONS

IF ARRESTEE IS JUV CHECK HERE

TACT
~~MED~~ HOLD    [X] hold

PATROL    [ ]

PARENTS SIGNATURE

MEDICATIONS    [ ]

NO PHONE CALLS    [ ]

MISC

| RELEASE BY | DATE | TIME |
|---|---|---|
| D. Walker | 31 MAY 07 | 20:00 HRS |

EXHIBIT G

PRISONER SHEET CONT. ON OTHER SIDE