UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Frankie Brown
        Plaintiff,

v.                Case No.: 1:07−cv−06490
                Honorable Robert M. Dow Jr.

City of Markham, et al.
        Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 15, 2008:

  MINUTE entry before the Honorable Nan R. Nolan:Motion hearing held on Plaintiffs' Motion for leave to file [58]. Defendants not objecting, plaintiff's motion [58] is granted. Defendants are given leave to file a sur−response (if needed) to plaintiffs' motion to compel [22] no later than 07/18/08. Ruling previously set for 08/05/08 at 9:00 a.m. to stand. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.