IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| FRANKIE BROWN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CITY OF MARKHAM and City of )<br>Markham Police Officers HARRIS D. )<br>WALKER (Star # 526), MICHAEL )<br>WILSON, DARRYL STARKS, JESSE )<br>JONES, TONY DEBOIS, MAX )<br>SAUNDERS, and UNKNOWN )<br>MARKHAM POLICE OFFICERS, )<br>)<br>Defendants. ) | Case No. 07 C 6490<br><br>Judge Robert M. Dow<br><br>Magistrate Judge Nan R. Nolan |

## NOTICE OF MOTION

Please take notice that on July 22, 2008 at 9:00 a.m. or as soon thereafter as counsel may be heard, I will appear before the Honorable Judge Nan R. Nolan in courtroom 1858 at 219 South Dearborn, Chicago, Illinois and then and there present Defendant's Motion for Leave to File Its Response To Plaintiff's Second Motion to Compel *Instanter*.

/s/ Lauren M. Penn
LITCHFIELD CAVO LLP
Attorneys for Defendants

Mitchell H. Frazen (A.R.D.C. No. 3127119)
Lauren M. Penn (A.R.D.C. No. 6280850)
LITCHFIELD CAVO LLP
303 West Madison, Suite 300
Chicago, Illinois 60606-3309
(312) 781-6618, -6609
(312) 781-6630 Fax

## CERTIFICATE OF SERVICE

I, Lauren M. Penn, an attorney, certify that on July 16, 2008, I served this notice and the documents referred to therein on each counsel of record by CM/ECF electronic filing.