UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Frankie Brown
　　　　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　Case No.: 1:07−cv−06490
　　　　　　　　　　　　　　　　　　　　　　Honorable Robert M. Dow Jr.

City of Markham, et al.
　　　　　　　　　　　Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 17, 2008:

　　　　MINUTE entry before the Honorable Nan R. Nolan:Defendant City of Markham's Motion for Extension of Time [#64] is granted. Defendant City of Markham's Sur−Response is due by 07/23/08. No appearance is necessary on 7/22 for purposes of this motion.Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.