```
 1      A.   No.
 2      Q.   Since your arrest have you ever sold
 3 cocaine?
 4      A.   No.
 5      MR. AINSWORTH:  And that's the 1992 arrest
 6 you're talking about?
 7      MS. PENN:  Correct.
 8 BY MS. PENN:
 9      Q.   On May 29th of 2007, did anybody come to
10 your home and attempt to purchase cocaine?
11      A.   Yes.
12      Q.   Who came to your home?
13      A.   I don't know the guy.
14      Q.   Do you know the time someone came to
15 your home?
16      A.   It was late.  It was like between
17 8:00 -- 8:00 or 9:00.  I'm not for sure the time.
18      Q.   8:00 and 9:00 p.m.?
19      A.   I don't know.
20      Q.   It was in the morning, afternoon, or
21 night?
22      A.   Night.
23      Q.   What were you doing at the time?
24      A.   I was watching television with a friend.
```

Ambassador Legal Services
800-486-9868


EXHIBIT A

```
 1    Q.   What was your friend's name?
 2    A.   Michael Austin.
 3    Q.   Was anybody else in your house with you?
 4    A.   No.
 5    Q.   When you were watching television with
 6  Michael Austin, what happened?
 7    A.   The doorbell rung.
 8    Q.   And what did you do?
 9    A.   I went to the door and looked out.
10    Q.   And what did you see?
11    A.   I thought I seen a white man.
12    Q.   And where was he standing?
13    A.   At my front door.
14    Q.   Did you say anything?
15    A.   I told Michael Austin there was a white
16  man at the door.
17    Q.   What did Michael Austin say?
18    A.   He didn't say anything.  I opened the
19  door.
20    Q.   Then what did you say?
21    A.   He asked me was Frankie home.
22    Q.   And what did you say?
23    A.   I told him no.
24    Q.   Did you ask him who he was?
```

```
 1        A.   No.
 2        Q.   When you told him no, what did he say?
 3        A.   He asked me did I know where he could
 4   get some drugs.
 5        Q.   And what did you say?
 6        A.   I told him no.
 7        Q.   Did you ever invite this individual into
 8   your home?
 9        A.   No.
10        Q.   Did he ever come into the home?
11        A.   No.
12        Q.   Other than being white, can you describe
13   any other characteristics?
14        MR. AINSWORTH:  Objection, mischaracterizes
15   the witness's testimony.  Go ahead and answer.
16   BY MS. PENN:
17        Q.   Was this individual white?
18        A.   No.
19        Q.   Was he African-American?
20        A.   Yes.
21        Q.   Had you ever seen him before?
22        A.   No.
23        Q.   Would you be able to approximate his
24   age?
```