```
 1       A    Actually, it was through Debois, so all of
 2   us were in the room with the person.
 3       Q    When you say all of us, who do you mean?
 4       A    Myself, Debois and that individual.
 5       Q    Just the three of you, right?
 6       A    I believe so.
 7       Q    Where were you when the three of you had a
 8   conversation?
 9       A    At the Markham police station.
10       Q    How long was it after the arrestee had been
11   arrested that you had that conversation?
12       A    That day.
13       Q    How long after he was arrested did he have
14   the conversation in which he revealed something
15   about Frankie Brown?
16       A    During the course of that day.
17       Q    Do you know how long -- do you recall how
18   long after he was arrested that you had that
19   conversation?
20       A    I don't have a specific time.
21       Q    Eight hours later, ten hours later?
22       A    It was less than eight hours.
23       Q    Less than eight hours?
24       A    Yes.
```

*MERRILL LEGAL SOLUTIONS*
(312)-386-2000


EXHIBIT B

Case 1:07-cv-06490   Document 70-3   Filed 07/23/2008   Page 2 of 5

51

```
 1        Q    Was the person, the arrestee, was he in
 2   handcuffs when he gave you the information
 3   concerning Frankie Brown?
 4        MS. PENN:  I'm going to object to relevance.
 5        MR. LOEVY:  Q    Was he in handcuffs?
 6        A    I don't believe the person was in handcuffs.
 7        Q    How was he dressed?
 8        A    I couldn't recall.
 9        MS. PENN:  I'm going to object to relevance.
10        MR. LOEVY:  Q    Was -- in your belief was he
11   someone who used narcotics, the arrestee who was
12   arrested for possession with intent to sell?
13        A    I don't know.
14        Q    Did he appear high to you when you talked to
15   him?
16        A    Not at that time.
17        Q    Okay.  Did he appear high to you at any time
18   during that day?
19        A    Not that I can recall.
20        Q    What were the circumstances of his being
21   arrested?
22        MS. PENN:  Object.  Asked and answered.
23        MR. LOEVY:   Q    Was he in a drug house, was he
24   lying in a -- in a sewer, how did he -- how did he
```

MERRILL LEGAL SOLUTIONS
(312)-386-2000

```
 1   happen to be arrested?
 2       A   It was a search warrant that was executed on
 3   the residence.
 4       Q   And who signed -- strike that.
 5           Who made the application for that search
 6   warrant?
 7       A   Officer Debois.
 8       Q   Did you assist in the execution of the
 9   search warrant?
10       A   Yes.
11       MS. PENN:  I'm going to object to relevance.
12       MR. LOEVY:  Q   Was the search warrant served in
13   Markham?
14       A   Yes.
15       Q   Was anybody arrested besides the one
16   individual?
17       A   I don't recall.
18       Q   Was there an amount of narcotics that were
19   recovered as a result of that arrest?
20       A   There were some.
21       Q   Do you recall how much narcotics were?
22       A   I didn't...
23       Q   And I'm sorry if I did ask before, now, this
24   conversation with the arrestee occurred how long
```

```
 1    before you obtained the search warrant for Frankie
 2    Brown?
 3        A    That conversation?  It was within six
 4    months.
 5        Q    Oh, within six months before?
 6        A    Within six months of Frankie Brown's warrant
 7    being executed.
 8        Q    Okay.  Was it within a week?
 9        A    Within six months, that's all I can say.
10        Q    Okay.  It could have been the day before or
11    it could have been six months before, you don't
12    remember?
13        A    I don't recall.
14        Q    Okay.  Am I correct in saying it could have
15    been the day before you went to get the warrant for
16    Frankie Brown?
17        A    No, it wasn't the day.
18        Q    Was it the week before?
19        A    The specific date in question I don't know.
20        Q    What documentation, if any, are you aware of
21    that was created after the conversation with the
22    arrestee concerning Frankie Brown?
23        A    No documentation.
24        Q    Now, did you write it down in any piece of
```

1   paper that the arrestee had identified Frankie Brown
2   as either a user or a seller of narcotics?
3       A   I didn't write anything down.
4       Q   Who did you tell about this information?
5       A   My partner, Officer Gonzalez.
6       Q   Who other than Gonzalez did you tell about
7   this information?
8       A   Deputy Chief Sanders.
9       Q   Okay.  What did you tell Deputy Chief
10  Sanders?
11      A   That we had somebody who stated that
12  Mr. Brown was in fact selling narcotics at the
13  residence.
14      Q   And what did Sanders tell you to do, if
15  anything?
16      A   Look back into it, see if it's bona fide.
17      Q   And you did that?
18      A   Correct.
19      Q   Were you able to determine if it was bona
20  fide or not?
21      A   Yes, we did.
22      Q   Okay.  How did you determine it was bona
23  fide?
24      A   By means of a confidential source.