1   down.

2   Q   Well, the person didn't go directly back to
3   the station?

4   A   No.  That wasn't our meeting point.

5   Q   Where was your meeting point?

6   A   Our meeting point was on 160 -- like 160 --
7   162nd and Sawyer.

8   Q   How far was that from the Brown residence?

9   A   It was probably like two blocks away, but
10  out of the sight of anybody on Nottingham.

11  Q   I see.  And what record, if any, did you
12  create concerning that informant's first visit to
13  the Brown house?

14  A   Just the inventory.

15  Q   Anything other than the inventory?

16  A   No.  I don't think I did a -- a supplement
17  on that.

18  MS. PENN:  Just so I'm clear, other than what's
19  contained in the search warrant complaint?

20  MR. LOEVY:  No.  This is well before the
21  search -- well, not well before.  It's before the
22  search warrant complaint.

23  Q   What documents, if any, did you create?

24  A   The inventory document for what was

MERRILL LEGAL SOLUTIONS
(312)-386-2000


EXHIBIT C

1    recovered from the informant.
2    Q    Was that the only document that you created
3    at that time?
4    A    Yes.
5    Q    You didn't create a police report saying I
6    talked to person X, I spent the last X number of
7    minutes observing him enter a home?
8    A    No.
9    Q    Nothing about -- no document confirming that
10   they had bought narcotics other than the inventory?
11   A    Well, the initial part of the search
12   warrant.
13   Q    Well, you didn't create --
14   A    The search warrant complaint.
15   Q    Well, how many days after this was it that
16   you created the search warrant complaint?
17   A    Well, I had actually started --
18   Q    Oh.
19   A    -- started it then.
20   Q    Right that day?
21   A    Yeah.
22   Q    Oh.  Let's -- let's find out about that.
23   A    There it is right there.
24   Q    Right on top.

1      MR. LOEVY: Would you mark this as Exhibit 1,
2  please?
3      (Walker Exhibit Number 1 marked as requested)
4      MR. LOEVY:  Q  Now, after the first time that
5  the informant entered the Brown residence, what
6  portion, if any, of this complaint for a search
7  warrant did you complete?
8      A  The first page and then the first paragraph.
9      Q  Of the second page?
10     A  Correct. The first paragraph and then the
11 part -- the second -- actually, the first and second
12 paragraph.
13     Q  Okay. Am I correct in saying that the first
14 time that the person went into the Brown residence
15 and then left, you created the first page of
16 Exhibit 4 --
17     A  Correct.
18     Q  -- Exhibit 1?
19     A  Correct.
20     Q  And the first two paragraphs of two?
21     A  Correct.
22     Q  Okay. So at that time you knew that --
23 well, strike that, please.
24         How did you learn that Frankie Brown was