

May-21-2008  04:23pm   From-LITCHFIELD CAVO LLP        +3127816630        T-080  P.011  F-703

Send to Lab!

# City of Markham
## PROPERTY INVENTORY

EVIDENCE ☒         SAFEKEEPING ☐         FOUND PROPERTY ☐
                    (Check One)

| NAME OF OWNER OR SUSPECT | INVENTORY NUMBER |
|---|---|
| BROWN, FRANKIE   M/B   11·OCT·60 | 07-4885  2 of 6 |
| ADDRESS  3037 NOTTINGHAM | I.R. NUMBER  07-4885 |
| CITY & STATE  MARKHAM, IL 60428 | DATE & TIME  30 MAY 07   1710 Hrs |

### DESCRIPTION OF PROPERTY

Small clear plastic baggie containing an off-white rock-like substance - suspect cocaine.

(Approx 0.7 Gms)

REMARKS OR DIRECTIONS        DAY 2        FINAL DISPOSITION

* Field tested Positive *

DESTROY AFTER 60 DAYS    ☐
HOLD FOR OWNER           ☐
RETURN TO OWNER          ☐
HOLD BY DEPARTMENT       ☐
DESTROY BY COURT ORDER   ☐

O. Walker   526

OWNERS SIGNATURE

May-21-2008  04:24pm    From-LITCHFIELD CAVO LLP                    +3127816630          T-080   P.016    F-703

*Send to Lab!*

# City of Markham
PROPERTY INVENTORY

EVIDENCE ☒              SAFEKEEPING ☐                    FOUND PROPERTY ☐
                         (Check One)

| NAME OF OWNER OR SUSPECT | INVENTORY NUMBER |
|---|---|
| BROWN, FRANKIE  M/B  11 OCT 60 | 07-4885  1 of 6 |
| ADDRESS | I.R. NUMBER |
| 3037 NOTTINGHAM | 07-4885 |
| CITY & STATE | DATE & TIME |
| MARKHAM, IL 60428 | 29 MAY 07   11:10 HRS |

**DESCRIPTION OF PROPERTY**

Small clear plastic baggie containing an off-white rock-like substance - suspect cocaine.

(APPROX. 0.6 GMS)

REMARKS OR DIRECTIONS          DAY 1          FINAL DISPOSITION

* Field tested positive *

- DESTROY AFTER 60 DAYS ☐
- HOLD FOR OWNER ☐
- RETURN TO OWNER ☐
- HOLD BY DEPARTMENT ☐
- DESTROY BY COURT ORDER ☐

D. Walker  526

OWNERS SIGNATURE