Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert M. Dow, Jr. | Sitting Judge if Other than Assigned Judge | Nan R. Nolan |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6490 | **DATE** | 8/5/2008 |
| **CASE TITLE** | Frankie Brown, et al vs. City of Markham, et al | | |

**DOCKET ENTRY TEXT**

For these reasons stated in the attached Order, Plaintiff Frankie Brown's Motion to Compel [#22] is denied.

■ [ For further detail see separate order(s).]

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | LXS |
|---|---|---|