UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Frankie Brown
       Plaintiff,

v.               Case No.: 1:07−cv−06490
                Honorable Robert M. Dow Jr.

City of Markham, et al.
       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 26, 2008:

  MINUTE entry before the Honorable Nan R. Nolan:Magistrate Judge Status hearing held on 8/26/2008 and continued to 10/9/2008 at 09:00 AM. All fact discovery will be completed by 10/15/08. Plaintiff(s) will designate any expert witnesses and provide the disclosure required by 11/14/08. Defendant(s) will designate any expert witnesses and provide the disclosure required by 12/15/08. Plaintiff(s) will disclose any expert rebuttal opinion by 01/14/09. Depositions of experts will be taken by and all expert discovery will be completed by 02/13/09.Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.